1  **PILLSBURY WINTHROP SHAW PITTMAN LLP**
   VERNON H. GRANNEMAN (SBN 083532)
2    vernon.granneman@pillsburylaw.com
   DIANNE L. SWEENEY (SBN 187198)
3    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  **OPPENHEIMER WOLFF & DONNELLY LLP**
   Jeffrey J. Bouslog, Esq. (*Pro Hac Vice* application filed herewith)
7    JBouslog@oppenheimer.com
   Bret A. Puls, Esq. (*Pro Hac Vice* application filed herewith)
8    BPuls@oppenheimer.com
   Dennis E. Hansen, Esq. (*Pro Hac Vice* application filed herewith)
9    DHansen@oppenheimer.com
   45 South Seventh Street, Suite 3300
10 Minneapolis, Minnesota 55402
   Telephone:  (612) 607-7000
11 Facsimile:  (612) 607-7100

12 Attorneys for Defendants
   ev3, INC., FOXHOLLOW TECHNOLOGIES, INC.,
13 COVIDIEN, plc, COVIDIEN GROUP
   S.a.r.l., and COV DELAWARE
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 _____

| | |
|---|---|
| RANDALL KING NELSON in his capacity as a security holder representative of the shareholders of Kerberos Proximal Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> EV3, INC., FOXHOLLOW TECHNOLOGIES, INC., COVIDIEN, plc, COVIDIEN GROUP S.A.R.L., a Luxembourg Company and COV DELAWARE CORP. a Dublin, Ireland Corporation, <br><br> Defendants. | Case No. 4:10-CV-03668 DMR <br><br> [~~PROPOSED~~] ORDER GRANTING ADMISSION OF BRET A. PULS AS COUNSEL |

1  Bret A. Puls, whose business address is 45 South Seventh Street, Suite 3300,
2  Minneapolis, Minnesota 55402 (Telephone: (612) 607-7000) and who is an active member
3  in good standing of the Bar of the United States District Court for the District of Minnesota,
4  having applied in the above-entitled action for admission to practice in the Northern District
5  of California on a *pro hac vice* basis, representing Defendants ev3, Inc., FoxHollow
6  Technologies, Inc., Covidien, plc, Covidien Group S.a.r.l., and COV Delaware Corp.
7  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the
8  terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must
9  indicate appearance *pro hac vice*. Service of papers upon and communication with co-
10 counsel designated in the application will constitute notice to the party. All future filings in
11 this action are subject to the requirements contained in General Order No. 45, *Electronic
12 Case Filing.*

14 Dated: August 27, 2010.

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA