1 | **PILLSBURY WINTHROP SHAW PITTMAN LLP**
VERNON H. GRANNEMAN (SBN 083532)
2 | vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
3 | dianne.sweeney@pillsburylaw.com
2475 Hanover Street
4 | Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
5 | Facsimile: (650) 233-4545

6 | **OPPENHEIMER WOLFF & DONNELLY LLP**
Jeffrey J. Bouslog, Esq. (*Pro Hac Vice* application filed herewith)
7 | JBouslog@oppenheimer.com
Bret A. Puls, Esq. (*Pro Hac Vice* application filed herewith)
8 | BPuls@oppenheimer.com
Dennis E. Hansen, Esq. (*Pro Hac Vice* application filed herewith)
9 | DHansen@oppenheimer.com
45 South Seventh Street, Suite 3300
10 | Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
11 | Facsimile: (612) 607-7100

12 | Attorneys for Defendants
ev3, INC., FOXHOLLOW TECHNOLOGIES, INC.,
13 | COVIDIEN, plc, COVIDIEN GROUP
S.a.r.l., and COV DELAWARE

14 |

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 |

| | |
|---|---|
| RANDALL KING NELSON in his capacity as a security holder representative of the shareholders of Kerberos Proximal Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> EV3, INC., FOXHOLLOW TECHNOLOGIES, INC., COVIDIEN, plc, COVIDIEN GROUP S.A.R.L., a Luxembourg Company and COV DELAWARE CORP. a Dublin, Ireland Corporation, <br><br> Defendants. | Case No. 4:10-CV-03668 DMR <br><br> [~~PROPOSED~~] ORDER GRANTING ADMISSION OF DENNIS E. HANSEN AS COUNSEL |

[~~PROPOSED~~] ORDER RE APP. OF DENNIS
E. HANSEN AS COUNSEL *PRO HAC VICE*
Case No.: 4:10-CV-03668 DMR

- 1 -

1  Dennis E. Hansen, whose business address is 45 South Seventh Street, Suite 3300,
2  Minneapolis, Minnesota 55402 (Telephone: (612) 607-7000) and who is an active member
3  in good standing of the Bar of the United States District Court for the District of Minnesota
4  (as well as the additional court identified in his application), having applied in the above-
5  entitled action for admission to practice in the Northern District of California on a *pro hac*
6  *vice* basis, representing Defendants ev3, Inc., FoxHollow Technologies, Inc., Covidien, plc,
7  Covidien Group S.a.r.l., and COV Delaware Corp.
8  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the
9  terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must
10 indicate appearance *pro hac vice*. Service of papers upon and communication with co-
11 counsel designated in the application will constitute notice to the party. All future filings in
12 this action are subject to the requirements contained in General Order No. 45, *Electronic*
13 *Case Filing*.

Dated: August 27, 2010.

IT IS SO ORDERED
Judge William Alsup