IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL KING NELSON in his capacity as a security-holder representative of the shareholders of Kerberos Proximal Solutions, Inc.,<br><br>            Plaintiff,<br><br>   v.<br><br>EV3, INC., FOXHOLLOW TECHNOLOGIES, INC., COVIDIEN, PLC, COVIDIEN GROUP S.A.R.L., a Luxembourg Company, and COV DELAWARE, a Dublin, Ireland Corporation,<br><br>            Defendants.<br>                                                                 / | No. C 10-03668 WHA<br><br>**ORDER EXTENDING TIME TO SUBMIT PROPOSED FORM OF SHAREHOLDER NOTICE UNTIL NOVEMBER 5, 2010** |

The parties stipulated request for an extension of time to submit a proposed form of shareholder notice until November 5, 2010, is **GRANTED**. The parties are reminded that any stipulated procedure that will compromise the shareholders' right to be heard will be looked upon with suspicion.

**IT IS SO ORDERED.**

Dated: November 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE