**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL KING NELSON in his capacity as a security-holder representative of the shareholders of Kerberos Proximal Solutions, Inc.,<br><br>  Plaintiff,<br><br>  v.<br><br>EV3, INC., FOXHOLLOW TECHNOLOGIES, INC., COVIDIEN, PLC, COVIDIEN GROUP S.A.R.L., a Luxembourg Company, and COV DELAWARE, a Dublin, Ireland Corporation,<br><br>  Defendants.<br>_____/ | No. C 10-03668 WHA<br><br>**ORDER REGARDING PLAINTIFF'S PROPOSED LANGUAGE REGARDING THE APPORTIONMENT OF RECOVERY AND LIABILITY** |

This order approves of plaintiff's proposed language to be included in the shareholder notice regarding apportionment of recovery and liability (*see* Dkt. No. 39).

**IT IS SO ORDERED.**

Dated: November 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE