1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13
14
15
16
17
18
19
20
21
22

| | |
|---|---|
| RANDALL KING NELSON in his capacity as a security holder representative of the shareholders of Kerberos Proximal Solutions, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EV3 INC., FOXHOLLOW TECHNOLOGIES, INC., COVIDIEN, plc, COVIDIEN GROUP S.A.R.L., a Luxembourg Company, and COV DELAWARE CORPORATION, a Dublin, Ireland Corporation,<br><br>　　　　　Defendant(s). | Case No.   3:10-CV-03668 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO COMPLY WITH THE COURT'S ORDER DATED DECEMBER 2, 2010**<br><br>Date:　TBA<br>Time:　TBA<br>Courtroom:　9, 19th Floor<br>Judge:　The Hon. William H. Alsup<br><br>Complaint Filed: July 19, 2010 |

23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME
3:10-CV-03668 WHA

1  Plaintiff Randall King Nelson's Motion to Enlarge Time to Comply with Court Order
2 Dated December 2, 2010, came before the Court. This motion was unopposed by Defendants
3 ev3, Inc.; FoxHollow Technologies, Inc.; Covidien, plc; Covidien Group, S.a.r.l.; and COV
4 Delaware Corp. Based upon the Points and Authorities submitted by Plaintiff, the supporting
5 declaration, and other pleadings and papers on file herein, and good cause appearing, the Court
6 hereby GRANTS Plaintiff's motion in its entirety.
7  The time by which Plaintiff must file a motion seeking leave to amend his complaint as
8 originally set forth in this Court's December 2, 2010, Order is hereby enlarged until January 7,
9 2011.

11  IT IS SO ORDERED.

13  Dated:  December 20   , 2010

_____
Hon. William H. Alsup
Judge, United States District Court

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME
3:10-CV-03668 WHA