IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDALL KING NELSON,

    Plaintiff,

v.

EV3, INC., FOXHOLLOW TECHNOLOGIES, INC., COVIDIEN, PLC, COVIDIEN GROUP S.A.R.L., a Luxembourg Company, and COV DELAWARE, a Dublin, Ireland Corporation,

    Defendants.

No. C 10-03668 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO ENLARGE TIME TO FILE A MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiff's stipulated request to enlarge time to file a motion for leave to amend his complaint is **DENIED**. Mr. Nelson is not authorized to negotiate on behalf of potential class members. He has not been certified as a class representative and any "settlement" reached in these circumstances might be collusive. Only after he was found to be an adequate representative and the case certified for class treatment would he be authorized to negotiate on behalf of class members. On the other hand, if he is negotiating with regard to his individual claim, then that can proceed without the lawsuit pending. One continuance of this deadline has already been given. Good cause does not exist for another. The deadline will stand.

**IT IS SO ORDERED.**

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE