**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDALL KING NELSON,

    Plaintiff,

v.

EV3, INC., FOXHOLLOW TECHNOLOGIES, INC., COVIDIEN, PLC, COVIDIEN GROUP S.A.R.L., a Luxembourg Company, and COV DELAWARE, a Dublin, Ireland Corporation,

    Defendants.
    /

No. C 10-03668 WHA

**ORDER ADVANCING HEARING ON MOTION FOR LEAVE TO AMEND THE COMPLAINT**

The hearing on plaintiff's motion for leave to amend the complaint is **ADVANCED** to **FEBRUARY 3, 2011, AT 8:00 A.M.** Defendants' opposition is due on **JANUARY 20**. Plaintiff's reply is due on **JANUARY 24**.

**IT IS SO ORDERED.**

Dated: January 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE