IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDALL KING NELSON,

    Plaintiff,

v.

EV3, INC., FOXHOLLOW TECHNOLOGIES, INC., COVIDIEN, PLC, COVIDIEN GROUP S.A.R.L., and COV DELAWARE CORPORATION,

    Defendants.

No. C 10-03668 WHA

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

    Plaintiff Randall King Nelson's motion for leave to file an amended complaint is **GRANTED**. The proposed first amended complaint complies with the order of December 2, 2010, requiring plaintiff to amend his complaint, and defendants do not oppose the motion. Plaintiff must file his proposed complaint as his first amended complaint **WITHIN FIVE DAYS** of this order.

    **IT IS SO ORDERED.**

Dated: January 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE